11th Court of Appeals

 Eastland, Texas

   Memorandum Opinion

 

Howard Silber, individually and d/b/a Pacific
Sports &

Entertainment, and Pacific Sports
Entertainment, Inc.

 

Appellants

Vs.                   No.
11-03-00029-CV -- Appeal from Dallas County

Steve Weinberg and Steve
Weinberg and Associates, Inc.

Appellees

 

On May 20,
2003, this court issued an order granting appellants= counsel=s motion to withdraw.  In the
order, we notified appellants that the deadline for filing their brief was July
19, 2003.  We also stated in the May 20
order that the Afailure to comply with this deadline could
result in this appeal being dismissed for want of prosecution.@  See
TEX.R.APP.P. 38.8(a) & 42.3.  As of
this date, appellants have failed to file a brief.  Pursuant to Rule 42.3, we dismiss the appeal for want of
prosecution.  

The appeal
is dismissed for want of prosecution.  

 

PER
CURIAM 

 

August 7, 2003

Not designated for
publication.  See TEX.R.APP.P. 47.2(a). 

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.